LUZ CARMONA
12462 OSBORNE STREET
PACOIMA CA 91331
(818) 998-2639

MOVING PARTY:   IN PROPRIA PERSONA:

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**CV14-5920**

| | |
|---|---|
| SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUST | CASE NO: |
| | NOTICE OF AND APPLICATION FOR THE REMOVAL OF THE THE UNLAWFUL DETAINER IN STATE COURT ACTION: |
| Plaintiff, | CASE NUMBER **14P 03130** |
| -vs- | TO THE FEDERAL COURT'S JURISDICTION PURSUANT TO 28 U.S.C. section 1446 |
| LUZ CARMONA; ROSA CARMONA DOES 1 TO 10 | |
| Defendant | |

TO:   TO PLAINTIFF SHARON EVENHAIM, TRUSTEE OF THE SHARON LIVING

TRUST And To Any And All Other Interested Parties

Please take notice that Defendant and Moving Party, LUZ CARMONA

NOTICE OF REMOVAL OF STATE COURT ACTION
-1-
REMOVAL

Hereby removes this Court the above-captioned action, which is described further below:

1. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED.

2. On or about **APRIL 22nd 2014, SHARON EVENHAIM TRUSTEE., caused to file this Unlawful Detainer with the State Court of LONG ANGELES COURTHOUSE.**

3. The conveyance of the Unlawful Detainer followed a procedure that failed to follow the express terms of Defendants' CONTRACT, which were the binding terms that provided for a waiver of due process to execute an **EVICTION** proceedings in the event of a NON-PAYMENT.

4. Even thou this may look like a simple Unlawful Detainer is not. Plaintiff is discriminating against defendant. Not has only Plaintiff been discriminating but together with it's attorney are conspiring facilitating its commission that they have engage in conduct which constitutes of such crime. It appears they aid each other planning this Eviction with false accusations.

5. I have tried with the State court To tell my Story but the Judge has refused to hear my side of the story.

## Title 28, Section 1331 Federal Question Jurisdiction

Title 28, Section 1331 of the United States Code confers upon federal district courts jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." Section 1331, which grants what is commonly referred to as federal question jurisdiction, is an all-purpose jurisdictional statute,/15/ available regardless of the defendant's identity and, since 1980, is not limited by any requirement that a minimum dollar amount be in controversy./16/ Section 1331 also confers jurisdiction in actions authorized by 42 U.S.C. § 1983 against defendants acting under color of state law./17/ It is generally available in suits against the federal government and its agencies and in actions against federal officers and employees./18/

**CRIMINAL CONSPIRACY** is defined as an agreement between two or more people to commit a crime or to perpetrate an illegal act. Conspiracy crimes that are federal include conspiracy to violate federal laws. I believe **SHARON EVENHAIM TRUSTEE.**, together with their employees are committing Criminal conspiracy.

**Definition of conspiracy.**--A person is guilty of conspiracy with another Person or persons to commit a crime if with the intent of promoting or facilitating its commission he: (1) agrees with such other person or persons that they or one or more of them will engage in conduct which constitutes such crime or an attempt or solicitation to commit such crime; or (2) agrees to aid such other person or persons in the planning or commission of such crime or of an attempt or solicitation to commit such crime.

NOTICE OF REMOVAL OF STATE COURT ACTION

-3-

REMOVAL

WHEREFORE, Defendants pray that relief be granted by removing the unlawful detainer case to Federal Court where we Defendants' case can be heard. Defendants also pray that the Court grant a temporary injunction to prevent Plaintiff from evicting Defendants until the case has been heard. Defendants **REQUEST** a jury trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if sworn as a witness I can competently testify to the foregoing of my own knowledge.

Executed on JULY 29th 2014 at LOS ANGELES, CALIFORNIA.

_Luz Carmona_
**CARMONA LUZ**
**Moving Party, In Pro Per:**

# DECLARATION OF MARIA SANCHEZ

# IN SUPPORT OF MOTION FOR REMOVAL OF ACTION

# FROM STATE COURT TO FEDERAL JURISDICTION

I, **CARMONA LUZ**, hereby declare as follows:

I AM the Defendant and **Moving Party** in this action, I the **Defendant** in State Court action Case Number: **14P 03130.** Attached hereto as **EXHIBIT #1**

**JULY 29th 2014**

*Luz Carmona*
**LUZ CARMONA**
**Moving Party, In Pro Per:**

---

NOTICE OF REMOVAL OF STATE COURT ACTION

-5-

REMOVAL

# EXHIBIT A

| | SUM-130 |
|---|---|
| **SUMMONS** <br> **(CITACIÓN JUDICIAL)** <br> UNLAWFUL DETAINER—EVICTION <br> *(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)* | **FOR COURT USE ONLY** <br> *(SOLO PARA USO DE LA CORTE)* <br> CONFORMED COPY <br> ORIGINAL FILED <br> Superior Court of California <br> County of Los Angeles <br><br> APR 22 2014 <br><br> Sherri R. Carter, Executive Officer/Clerk <br> By Gilbert S. Glorioso, Deputy |

**NOTICE TO DEFENDANT:** LUZ CARMONA; ROSA CARMONA
*(AVISO AL DEMANDADO):* DOES 1 TO 10

**YOU ARE BEING SUED BY PLAINTIFF:** SHARON EVENHAIM, TRUSTEE OF
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* THE SHARON AND DORIT
EVENHAIM LIVING TRUST

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted puede usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

1. The name and address of the court is: SUPERIOR COURT OF CALIFORNIA
   *(El nombre y dirección de la corte es):* COUNTY OF LOS ANGELES
   300 East Walnut Street
   Pasadena, California 91101   PASADENA COURTHOUSE

   CASE NUMBER: *(Número del caso):* **14P03130**

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Dennis P. Block, Esq.
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   Dennis P. Block & Associates
   5437 Laurel Canyon Blvd., Second Floor, Valley Village, CA 91607    SBN: 70194
   323. 938-2868

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: APR 22 2014   SHERRI R. CARTER   Clerk, by Gilbert Glorioso, Deputy
*(Fecha)*   *(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify):*
      under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)               [ ] other *(specify):*
5. [ ] by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

|  |  |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Dennis P. Block, Esq.       SBN: 70194<br>Dennis P. Block & Associates<br>5437 Laurel Canyon Blvd., Second Floor<br>Valley Village, CA 91607<br>TELEPHONE NO.: 323. 938-2868    FAX NO. *(Optional):* 323. 938-6069<br>E-MAIL ADDRESS *(Optional):* dennis@evict123.com<br>ATTORNEY FOR *(Name):* PLAINTIFF | **FOR COURT USE ONLY** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>STREET ADDRESS: 300 East Walnut Street<br>MAILING ADDRESS: 300 East Walnut Street<br>CITY AND ZIP CODE: Pasadena, 91101<br>BRANCH NAME: Pasadena Courthouse | **CONFORMED COPY<br>ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**APR 22 2014**<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Gilbert S. Glorioso, Deputy |
| PLAINTIFF: SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUST<br>DEFENDANT: LUZ CARMONA; ROSA CARMONA<br>[X] DOES 1 TO 10 | |
| **COMPLAINT — UNLAWFUL DETAINER***<br>[X] COMPLAINT   [ ] AMENDED COMPLAINT *(Amendment Number):* ____ | CASE NUMBER: **14P03130** |

**Jurisdiction** *(check all that apply):*
[X] ACTION IS A LIMITED CIVIL CASE
   Amount demanded  [X] does not exceed $10,000
                    [ ] exceeds $10,000 but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE *(amount demanded exceeds $25,000)*
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint *(check all that apply):*
   [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
   [ ] from unlawful detainer to general limited civil (possession not in issue)     [ ] from unlimited to limited

1. PLAINTIFF *(name each):* Sharon Evenhaim, Trustee of the Sharon and Dorit Evenhaim Living Trust

   alleges causes of action against DEFENDANT *(name each):* Luz Carmona; Rosa Carmona

2. a. Plaintiff is (1) [X] an individual over the age of 18 years.  (4) [ ] a partnership.
              (2) [ ] a public agency.                              (5) [ ] a corporation.
              (3) [ ] other *(specify):*

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of *(specify):*

3. Defendant named above is in possession of the premises located at *(street address, apt. no., city, zip code, and county):*
   12462 OSBORNE ST., PACOIMA, CA 91331

4. Plaintiff's interest in the premises is  [ ] as owner  [X] other *(specify):* LANDLORD/OWNER
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about *(date):* 2/1/12                defendant *(name each):* Luz Carmona; Rosa Carmona

   (1) agreed to rent the premises as a [X] month-to-month tenancy [ ] other tenancy *(specify):*
   (2) agreed to pay rent of $ 1,200.00       payable [X] monthly  [ ] other *(specify frequency):*
   (3) agreed to pay rent on the [X] first of the month  [ ] other day *(specify):*
   b. This [X] written [ ] oral agreement was made with
   (1) [X] plaintiff.                    (3) [ ] plaintiff's predecessor in interest.
   (2) [ ] plaintiff's agent.            (4) [ ] other *(specify):*

* **NOTE:** Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Form Approved for Optional Use<br>Judicial Council of California<br>UD-100 (Rev. July 1, 2005)

**COMPLAINT—UNLAWFUL DETAINER**

Page 1 of 3<br>Civ. Code, § 1940 et seq.<br>Code of Civil Procedure §§ 425.12, 1166<br>www.courtinfo.ca.gov<br>Westlaw Doc & Form Builder

| PLAINTIFF (Name): SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUST | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): LUZ CARMONA; ROSA CARMONA | |

6. c. ☐ The defendants not named in item 6a are
   (1) ☐ subtenants.
   (2) ☐ assignees.
   (3) ☐ other (specify):

   d. ☐ The agreement was later changed as follows (specify):

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
   f. ☒ (For residential property) A copy of the written agreement is **not** attached because (specify reason):
   (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
   (2) ☒ this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. ☒ a. Defendant (name each): Luz Carmona; Rosa Carmona

   was served the following notice on the same date and in the same manner:
   (1) ☒ 3-day notice to pay rent or quit     (4) ☐ 3-day notice to perform covenants or quit
   (2) ☐ 30-day notice to quit                (5) ☐ 3-day notice to quit
   (3) ☐ 60-day notice to quit                (6) ☐ Other (specify):

   b. (1) On (date): 4/7/14     the period stated in the notice expired at the end of the day.
      (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. ☒ The notice included an election of forfeiture.
   e. ☒ A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a–e and 8 for each defendant.)

8. a. ☒ The notice in item 7a was served on the defendant named in item 7a as follows:
   (1) ☐ by personally handing a copy to defendant on (date):
   (2) ☐ by leaving a copy with (name or description):
       a person of suitable age and discretion, on (date):     at defendant's
       ☐ residence  ☐ business  AND mailing a copy to defendant at defendant's place of residence on (date):     because defendant cannot be found at defendant's residence or usual place of business.
   (3) ☒ by posting a copy on the premises on (date): 4/3/14    ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date): 4/3/14
       (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
       (b) ☒ because no person of suitable age or discretion can be found there.
   (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
   (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.

   b. ☐ (Name):
      was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

UD-100 [Rev. July 1, 2005]                    **COMPLAINT—UNLAWFUL DETAINER**                    Page 2 of 3

| PLAINTIFF (Name): SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUST | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): LUZ CARMONA; ROSA CARMONA | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.
10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of rent due was $ 1,200.00
11. ☒ The fair rental value of the premises is $ 40.00 per day.
12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*
13. ☒ A written agreement between the parties provides for attorney fees.
14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*

   Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.
16. Plaintiff accepts the jurisdictional limit, if any, of the court.
17. **PLAINTIFF REQUESTS**
   a. possession of the premises.
   b. costs incurred in this proceeding:
   c. ☒ past-due rent of $ 1,200.00
   d. ☒ reasonable attorney fees.
   e. ☒ forfeiture of the agreement.
   f. ☒ damages at the rate stated in item 11 from *(date):* 5/1/14 for each day that defendants remain in possession through entry of judgment.
   g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
   h. ☐ other *(specify):*

18. ☒ Number of pages attached *(specify):* 2

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400–6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

   a. Assistant's name:
   b. Street address, city, and zip code:
   c. Telephone No.:
   d. County of registration:
   e. Registration No.:
      Expires on *(date):*

Date: April 17, 2014

Dennis P. Block, Esq.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

*ORIGINAL SIGNATURE IN COURT FILE*

### VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____   _____
(TYPE OR PRINT NAME)                (SIGNATURE OF PLAINTIFF)

```
 1                    ( VERIFICATION   446 AND 2015.5 C.C.P. )
 2
 3   STATE OF CALIFORNIA      )
                              ) SS
 4   COUNTY OF LOS ANGELES    )
 5
 6      I, THE UNDERSIGNED SAY:
 7   I AM THE PLAINTIFF IN THE WITHIN ACTION. I HAVE READ
 8   THE FOREGOING COMPLAINT FOR UNLAWFUL DETAINER AND KNOW
 9   THE CONTENTS THEREOF AND THAT THE SAME IS TRUE OF MY OWN
10   KNOWLEDGE, EXCEPT AS TO MATTERS WHICH ARE THEREIN STATED
11   UPON MY INFORMATION OR BELIEF, AND AS TO THOSE MATTERS THAT I
12   BELIEVE IT TO BE TRUE.
13
14   I CERTIFY (OR DECLARE) UNDER THE PENALTY OF PERJURY, THAT THE
15   FOREGOING IS TRUE AND CORRECT.
16
17   EXECUTED ON  APR 17 2014       AT LOS ANGELES, CA.
18
19   XX  Shawn
         SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUS
20       *SIGN HERE AND RETURN*
21
22
23
24
25
26
27   9016154
28
```

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SHARON EVENHAIM, TRUSTEE OF THE SHARON AND DORIT EVENHAIM LIVING TRUST

**DEFENDANTS**
LUZ CARMONA; ROSA CARMONA
DOES 1 TO 10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DENNIS P. BLOCK & ASSOCIATES
5437 Laurel Canyon Blvd., Second Floor, Valley Village, CA 91607
Office (323) 938-2868 Fax (323) 938-6069

**Attorneys (If Known)**
In Pro Per

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☒3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ MONEY DEMANDED IN COMPLAINT: $ 85,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28:1332ct Diversity-(Citizenship)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | | | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 441 Voting | | ☐ 830 Patent |
| | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☒ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:** Case Number: CV14-5920

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Luz Carmona_   Date JULY 29th 2014

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |